No. 956. INDEPENDENT WORKERS OF CLAYTON MARK & CO. ET AL. *v.* DEMAN, REGIONAL DIRECTOR, ET AL. June 1, 1937. Petition for writ of certiorari to the Circuit

708

Court of Appeals for the Seventh Circuit denied. *Mr. Ernest S. Ballard* for petitioners. *Solicitor General Reed* and *Messrs. A. H. Feller* and *Charles Fahy* for respondent.